**UNITED STATES OF AMERICA,**
**Plaintiff—Appellee,**

v.

**Noel Castillo MABINI, Defendant—**
**Appellant.**

**No. 00–10442.**
**D.C. No. CR–99–20137–RMW.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Noel Castillo Mabini appeals his guilty plea conviction and 37–month sentence for possession of a firearm and ammunition by

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

a prohibited person. Mabini contends that the felon-in-possession statute, 18 U.S.C. § 922(g)(1), is invalid because Congress lacked authority under the Commerce Clause to deem such possession criminal. This argument is foreclosed by *United States v. Davis*, 242 F.3d 1162 (9th Cir. 2001). Accordingly, the conviction and sentence are

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.